IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERLENE K. GUDALEFSKY, | : |
| Plaintiff, | : No. 4:05-CV-867 |
| v. | : (Judge Jones) |
| PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, | : |
| Defendant. | : |

**ORDER**

**January 29, 2007**

Consistent with the Memorandum issued by this Court on today's date, it is hereby ordered that:

1. Defendant's Motion to Dismiss, construed to be a Motion for Summary Judgment, is hereby **GRANTED**.

2. Plaintiff's "Motion" and "Petition," to the extent to which they were filed as Motions, are hereby construed instead as part of Plaintiff's Brief in Opposition to the instant Motion for Summary Judgment.

3. The Clerk is directed to **CLOSE** this case.

John E. Jones III
United States District Judge